

**J.M.P.**

v.

**M.C.K.**

**1680 MDA 2016**

Superior Court of Pennsylvania.

05/30/2017

CI–15–10913 (Lancaster)

Affirmed

**IN the INTEREST OF: R.D.,
a Minor Appeal of: D.D.**

**44 MDA 2017**

Superior Court of Pennsylvania.

05/30/2017

CP–36–DP–0000280–2016 (Lancaster)

Affirmed

**JELASSI, A.**

v.

**VULAKH, N.**

**688 WDA 2016**

Superior Court of Pennsylvania.

05/30/2017

2013–1889 (Cameron)

Affirmed

**COM.**

v.

**BUNDY, K.**

**1419 WDA 2016**

Superior Court of Pennsylvania.

05/30/2017

CP–11–CR–0000202–2015 (Cambria)

Affirmed

**COM.**

v.

**MATHEWS, D.**

**1424 WDA 2016**

Superior Court of Pennsylvania.

05/30/2017

CP–26–CR–0000674–2015 (Fayette)

Affirmed

**COM.**

v.

**SPAULDING, C.**

**1427 WDA 2016**

Superior Court of Pennsylvania.

05/30/2017

CP–43–CR–0001750–2013
(Mercer)

Affirmed

